## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

BEN RODGERS, INDIVIDUALLY, AND ON
BEHALF OF AND FOR THE USE AND
BENEFIT OF THE WRONGFUL DEATH
BENEFICIARIES OF EDNA RODGERS                                    PLAINTIFF

VS.                                                    No. 3:23-cv-00413-KHJ-MTP

CHADWICK NURSING AND
REHABILITATION CENTER, LLC, AURORA CARES, LLC,
ETHEL SMITH, LPN, JANICE BRUMFIELD, LPN,
UNIDENTIFIED ENTITIES 1-10, AND
JOHN DOES 1-10 (AS TO CHADWICK FACILITY)                        DEFENDANTS

---

### MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

---

Defendant Aurora Cares, LLC ("Aurora Cares") files this Motion to Dismiss for Lack of Personal Jurisdiction.  For the reasons more fully set forth in the accompanying Memorandum Brief, Aurora Cares requests that the Court dismiss Plaintiff's claims against it.

In support of this Motion, Aurora Cares submits the following exhibits, which are attached hereto:

Exhibit A:     Declaration of Bobby Hamilton;

Exhibit B:     Declaration of Ranessa Myles; and

Exhibit C:     Plaintiff's Complaint.

**WHEREFORE, PREMISES CONSIDERED,** Aurora Cares respectfully requests that the Court dismiss Plaintiff's claims against it.

This 28th day of June 2023.

80175190.v1

Respectfully submitted,

AURORA CARES, LLC

By Its Attorneys,

_s/ Clay Gunn_____
W. Davis Frye (MB No. 10671)
Clay Gunn (MB No. 102920)
BUTLER SNOW LLP
MAILING: Post Office Box 6010
Ridgeland, Mississippi 39158-6010
PHYSICAL: 1020 Highland Colony Parkway
Suite 1400
Ridgeland, Mississippi 39157
Tel.: (601) 985-4277
Fax: (601) 985-4500
Davis.Frye@butlersnow.com
Clay.Gunn@butlersnow.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day the foregoing document was filed electronically with the

Clerk of the Court using the Court's ECF system, which served a true and correct copy of such

paper electronically on the following counsel of record:

R. Paul Williams
WILLIAMS NEWMAN WILLIAMS, PLLC
640 N. State Street
Jackson, Mississippi 39201
paul@wnwlegal.com

**ATTORNEY FOR PLAINTIFF**

THIS the 28th day of June 2023.

_s/ Clay Gunn_____

2

80175190.v1